IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA				PLAINTIFF

VS.					CRIMINAL ACTION NO.: 4:21-MJ-1032-JMV

KHALD SALEH a/k/a KHALED KURDI				DEFENDANT

## ORDER GRANTING MOTION TO CONTINUE

This matter is before the court on Defendant's Motion to Continue the Preliminary and Detention Hearing set for October 13, 2021, at 3:30 p.m., by video conference. Defendant's Motion to Continue being unopposed, the Court finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Preliminary and Detention Hearing should be continued to Friday, October 15, 2021, at 11:00 a.m., in Courtroom 2, Greenville, Mississippi, before United States Magistrate Judge Jane M. Virden.

**SO ORDERED**, this the 13th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE